UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Rigsbee**                                    **Docket No. 7:18-CR-134-1BO**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Rigsbee, who, upon an earlier plea of guilty to two counts of Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 24, 2019, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rigsbee was released from the Bureau of Prison on July 2, 2020, directly to a state detainer with the Ohio Department of Rehabilitation and Corrections.

Rigsbee was released from custody in Ohio on January 5, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After meeting with the defendant on January 13, 2021, and assessing his history of mental health and substance abuse issues, it is recommended that the defendant participate in substance abuse and mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.  The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2034
Executed On: January 19, 2021

## ORDER OF THE COURT

Considered and ordered this ___21___ day of _Tuuruuy_____, 2021, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge